■ ROBIN CUSTODI et al., Appellants, v TOWN OF AMHERST et al., Defendants, and PETER MUFFOLETTO et al., Respondents.

[922 NYS2d 218]—Motion for leave to appeal to the Court of Appeals granted. Present—Smith, J.P., Fahey, Peradotto, Green and Martoche, JJ.